CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NEAL C. HONG (ILBN 6309265)
Assistant United States Attorney

     60 S. Market, Suite 1200
     San Jose, California 95113
     Telephone: (408) 535-5081
     neal.hong@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 26-CR-00309-PCP |
| | ) |
|    Plaintiff, | ) STIPULATION TO EXCLUDE TIME UNDER THE |
| | ) SPEEDY TRIAL ACT AND [~~PROPOSED~~] ORDER |
|   v. | ) |
| | ) |
| EDUARDO LANDAVERDE, | ) |
| | ) |
|    Defendant. | ) |
| | ) |

The parties appeared before the Court on June 26, 2026, for an initial appearance and arraignment. At the hearing, the parties requested that the Court set a status hearing before the district court for August 19, 2026. The Court granted the request.

The Government is in the process of producing discovery to Defendant. Counsel for Defendant will need time to review this discovery to effectively prepare her client's case. Accordingly, the parties stipulate and agree that excluding time until August 19, 2026, will allow for the effective preparation and continuity of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from June 26, 2026, to August 19, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and Defendant in a

1

speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED

CRAIG H. MISSAKIAN
United States Attorney

Dated: June 30, 2026

/s/ Neal Hong
NEAL C. HONG
Assistant United States Attorney


/s/ Jessica Yu
JESSICA YU
Counsel for Defendant

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court hereby excludes time under the Speedy Trial Act from June 26, 2026, to August 19, 2026.  The Court finds that failing to exclude the time from June 26, 2026, to August 19, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from June 26, 2026, to August 19, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 26, 2026, to August 19, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  July 9, 2026

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge