JODI LINKER
Federal Public Defender
Northern District of California
JESSICA YU
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Jessica_Yu@fd.org

Counsel for Defendant LANDAVERDE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDUARDO LANDAVERDE,<br>Defendant. | **Case No.:** CR 26-00309 PCP<br>**STIPULATION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE REGARDING LOCATION RESTRICTION; [~~PROPOSED~~] ORDER** |

## STIPULATION

Defendant Eduardo Landaverde, represented by AFPD Jessica Yu, and the Government, represented by AUSA Neal Hong, hereby stipulate and respectfully request that the Court temporarily modify Mr. Landaverde's conditions of pretrial release to allow him to leave his residence on September 18, 2026 and attend his mother's funeral service, which is scheduled for 10 a.m. to 4 p.m. at the Rolling Hills Memorial Park in Richmond, California on that date.

Mr. Landaverde's current conditions require that he remain at his residence at all times, except for employment, education, medical treatment, mental health treatment, attorney visits, court

appearances, court-approved obligations, or other activities approved in advance by the Court. Accordingly, the parties make the instant request.

Defense counsel has conferred with U.S. Pretrial Services Officer Brad Wilson, who supports this request.

IT IS SO STIPULATED.

Dated: September 11, 2026

JODI LINKER
Federal Public Defender
Northern District of California

/S/
JESSICA YU
Assistant Federal Public Defender

Dated: September 11, 2026

CRAIG MISSAKIAN
United States Attorney
Northern District of California

/S/
NEAL HONG
Assistant United States Attorney

**~~[PROPOSED]~~ ORDER**

GOOD CAUSE APPEARING, upon the parties' stipulation, IT IS HEREBY ORDERED that the defendant's pretrial release conditions are temporarily modified to permit the defendant to leave his residence and attend his mother's funeral service on September 18, 2026 in Richmond, California.

All other conditions are to remain in full effect.

IT IS SO ORDERED.

Dated: September 11, 2026

Virginia K. DeMarchi

THE HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge